**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1412**

BRETT C. KIMBERLIN,

            Plaintiff - Appellant,

      v.

NATIONAL BLOGGERS CLUB; ALI AKBAR; PATRICK FREY; ERICK
ERICKSON; MICHELLE MALKIN; GLENN BECK; AARON J. WALKER;
WILLIAM HOGE; LEE STRANAHAN; ROBERT STACY MCCAIN; MANDY
NAGY; BREITBART.COM; THE FRANKLIN CENTER; MERCURY RADIO
ARTS; THE BLAZE; ACE OF SPADES; REDSTATE; DB CAPITAL
STRATEGIES; DAN BACKER; TWITCHY; THE AMERICAN SPECTATOR,

            Defendants - Appellees,

      and

JAMES O'KEEFE; SIMON AND SCHUSTER, INC; LYNN THOMAS, a/k/a
Kimberlinunmasked,

            Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   George Jarrod Hazel, District Judge.
(8:13-cv-03059-GJH)

Submitted:  June 10, 2015                Decided:  June 16, 2015

Before WILKINSON and HARRIS, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Brett C. Kimberlin, Appellant Pro Se. Theodore Bruce Godfrey, JEZIC, KRUM & MOYSE, LLC, Silver Spring, Maryland; Mark I. Bailen, BAKER & HOSTETLER, LLP, Washington, DC; Michael Francis Smith, SMITH APPELLATE LAW FIRM, Washington, DC; Eleanor M. Lackman, Scott J. Sholder, COWAN DEBAETS ABRAHAMS & SHEPPARD LLP, New York, New York; Ronald D. Coleman, GOETZ FITZPATRICK LLP, New York, New York; Linda S. Mericle, LINDA S MERICLE PA, Greenbelt, Maryland; Alison B. Schary, DAVIS WRIGHT TREMAINE, LLP, Washington, DC; Jonathan Segal, Alonzo B. Wickers, DAVIS WRIGHT TREMAINE LLP, Los Angeles, California; Christina Pauline Sirois, DB CAPITOL STRATEGIES PLLC, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Brett C. Kimberlin seeks to appeal the district court's order dismissing some but not all of his claims in his civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Kimberlin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Stevenson v. City of Seat Pleasant, 743 F.3d 411, 415-16 (4th Cir. 2014) (citations omitted). Accordingly, we dismiss the appeal for lack of jurisdiction. We deny the motion for sanctions as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED